

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Chester Lee Finney,            * From the 244th District Court
of Ector County,
Trial Court No. C-34,331.

Vs. No. 11-24-00322-CR        * January 30, 2025

The State of Texas,            * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.